**Erik BURLE, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. ED 104312

Missouri Court of Appeals,
Eastern District,
**DIVISION ONE**.

Filed: February 7, 2017

Before Robert M. Clayton III, P.J., Mary K. Hoff, J., and Lisa P. Page, J.

## ORDER

PER CURIAM.

Erik Burle, acting pro se, appeals the judgment denying his "Motion to Reopen Post–Conviction Proceedings and Request for Evidentiary Hearing." We find no error has occurred.

No jurisprudential purpose would be served by a written opinion. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the motion court is affirmed under Rule 84.16(b).